UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROILAND FERNANDEZ-MEDINA,<br><br>Plaintiff,<br><br>v.<br><br>OLIVAREZ,<br><br>Defendants. | NO. 3:20-cv-05703-RAJ-JRC<br><br>~~PROPOSED~~ ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is stayed until the conclusion of plaintiff's state court criminal proceedings. The parties are directed to file joint reports apprising the Court of the status of the state court action every ninety (90) days and to file a notice within ten (10) days of any ruling in the state court proceeding. Any

PROPOSED ORDER - 1

pleadings filed not directly related to the status of the state court action will be stricken by the Clerk's Office.

(3) The remainder of defendants' motion to dismiss plaintiff's claims under Rule 12(b)(6) of the Federal Rules of Civil Procedure is denied as moot without prejudice.

**DATED** this 5th day of April, 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge