UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROILAND FERNANDEZ-MEDINA,

    Plaintiff,

v.

RYAN OLIVAREZ, *et al.*,

    Defendants.

CASE NO. 3:20-cv-05703-RAJ-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.

(2) Defendants' motion for summary judgment (Dkt. 64) is granted, and plaintiff's claims are dismissed with prejudice.

(3) The Clerk is directed to send copies of this order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

**DATED** this 9th day of December, 2022.

    *[signature]*

The Honorable Richard A. Jones
United States District Judge